# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Evanngelynn Sharonette Dew,                    Civ. No. 09-1986 (JMR/JJK)

    Plaintiff,

v.                                             **ORDER**

Commissioner of Social Security,

    Defendant.

Wesley T. Graham, Esq., and Joseph T. Dixon, Jr., Esq., Henson & Efron, counsel for Plaintiff.

Lonnie F. Bryan, Esq., Assistant United States Attorney, counsel for Defendant.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Jeffrey J. Keyes dated July 8, 2010. No objections have been filed to that Report and Recommendation in the time period permitted. Based on the Report and Recommendation of the Magistrate Judge, on all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

**IT IS HEREBY ORDERED** that:

1. Plaintiff's Motion for Summary Judgment (Doc. No. 12), is **DENIED**; and

2. Defendant's Motion for Summary Judgment (Doc. No. 15), is **GRANTED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: July 26, 2010

                                        s/James M. Rosenbaum
                                        James M. Rosenbaum
                                        United States District Judge